# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TANESHA BOLAR,

    Petitioner,

v.                                                     CASE NO. 4:09cv309-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 7). No objections have been filed. A reasonable inference is that the petitioner has abandoned the case, perhaps because, through the passage of time, the primary relief she sought would no longer be available even if she won. In any event, the report and recommendation correctly concludes that the petitioner has failed to comply with an order to prosecute the case. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without

prejudice." The clerk must close the file.

    SO ORDERED on January 19, 2010.

                                          <u>s/Robert L. Hinkle</u>
                                          United States District Judge